**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                     **CRIMINAL ACTION NO. 2:06CR161**

**GERALD RENARD WILLIAMS**
**AKA "G-WHIZ"**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance [12]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 5, 2007. Williams' counsel avers that he has been unable to confer with his client or to prepare properly for trial due to his obligations with regard to other matters. No prior motions for a continuance have been filed. The government does not oppose the requested continuance. Based on the foregoing, the Court finds that the motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from March 5, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to investigate and prepare a defense to the charges at issue. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [12] is GRANTED;

2. That the trial of this matter is continued until Monday, April 9, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 5, 2007 until April 9, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is March 19, 2007;

5. That the deadline for submitting a plea agreement is March 26, 2007.

SO ORDERED, this the 27th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE